U.S. DISTRICT COURT
WESTERN DISTRICT OF LA

DR. R. CEASAR

RECEIVED

MAY 31 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY _____

VERSUS

WARDEN
Richwood Correctional Center
LaSalle Parish

Civil Action:

# 5:18-cv-0728

Magistrate Judge
_____

JUDGE!
_____

COMPLAINT

NOW INTO THE COURT, comes plaintiff, DR. R. CEASAR, A U.S. Veteran, honorably Discharged (U.S. NAVY) And pillar of his community, for damages against defendants, After exhausting Attempts to resolve this matter with WARDEN And/or his Agents/employees And further Avers that;

1.

The WARDEN has possession of my joint property with MRS. Caterra Brooms of

(1)

Ruston, LA and MR. Ralph Johnson.

2.

A letter to the warden and several phone calls in April & May 2018 have fallen on deaf ears! It appears that these white officers do whatever the hell they want to do with Negroe's (as they refer to us) as they choose and dare Negroes to ask for their own property! Wow! In 2018, This was good in 1958 over 50 years ago, but will not stand today in Louisiana!

3

The last attempt to recover photos taken at the jail (by deputy) with prison camera was on May 24, 2018. The results! Warden gone fishing; Assistant Warden in a meeting. So the lady put a "House Negroe" on the phone, who did his ignorant job well, saying "we will deliver your message to the warden." The Negroe was belligerent, sounded uneducated, and just downright unprofessional! Stupid!

(2)

4.

The white Mayberry RED Shift Supervisor Advised on Thursday Evening About 8pm MAY 24, 2018 to do NOT call the facility AgAin or be subject to Arrest! This is "Jim Crow" 1950(s) style of solving problems in correctional institutions in LA AND will stop. I Am obliging the deputy by swinging's RACIST Ass!

Thus, plaintiff PRAys that this honorable court, AwArds plaintiff $10,000 in Compensatory damages And $5,000 in punitive damages foR pain And suffering, violation of civil And constitutional vights! Plaintiff wants Attorny fees, All court costs And related fees and trial by juRy!

This the 25th day of Our Lord, MAY 2018.

Telephone; (225) 328-4515
e-MAIl: rvcears1@yahoo.com
(3)

Respectfully submitted by: D.R. R. Gosay
P.O. BOX 1281
Opelousas, LA 70571

# CERTIFICATE

I, CERTIFY, that A courtesy copy of the afore-mentioned pleadings have been served upon All parties by depositing same in U.S. mail, postage-prepaid And properly addressed.

This the 25th day of Our Lord, MAY, 2018 At Opelousas, LA.

DR. R. Gasol
P.O. Box 1281
Opelousas, LA 70571

Ph: (225) 328-4515

email: rrceas1@yahoo.com

xc: ACLU
NAACP
SLPC
P.O.W.E.R., Inc. - Baton Rouge, LA Civil Rights Org.
File

(4)