**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**R. CEASAR**                                        **CIVIL ACTION 5:18-CV-728**

**VERSUS**                                           **JUDGE S. MAURICE HICKS, JR.**

**WARDEN RICHWOOD CORRECTIONAL**      **MAGISTRATE JUDGE HAYES**
**CENTER**

<u>**MEMORANDUM ORDER**</u>

On May 31, 2018, Plaintiff R. Ceasar filed a Civil Rights Complaint and a Motion for Leave to Proceed *In Forma Pauperis*. Plaintiff names as defendant, Warden Richwood Correctional Center. Plaintiff complains that defendant has taken his property and has refused to return it to him. Plaintiff seeks compensatory and punitive damages as well as court costs. Plaintiff also seeks a jury trial.

Plaintiff is a frequent filer with this court, having filed over (40) cases in the last 20 years. Since January 2018, Plaintiff has filed fifteen (15) complaints including the current case. (See Case Nos.18-cv-19, 18-cv-20, 18-cv-38, 18-cv-106, 18-cv-161, 18-cv-162, 18-cv-184, 18-cv-194, 18-cv-196, 18-cv-211, 18-cv-250, 18-cv-333, 18-cv-557, 18-711 and 18-cv-728.) In a previous suit filed by Plaintiff, this Court ordered that "Plaintiff shall not file any litigation in the United States District Court for the Western District of Louisiana until fees and costs have been paid." Cost and fees in that case totaled $14,498.62. (See Case No. 6:04-cv-00391, Record Document #42.) According to court records, Plaintiff has failed to pay the costs and fees in that case. Plaintiff may not proceed *in forma pauperis* in this action because fees and costs are owed in the previous case.

Because costs have not been paid in the earlier case (6:04-cv-00391), Plaintiff will be given thirty (30) days from the date of this order to pay costs and fees owed in the prior suit as well as the filing fees in this case. If such fees and costs are paid, Plaintiff will be allowed to

continue with his current suit. However, if Plaintiff fails to pay costs and fees owed, his Complaint will be stricken from the record and this case closed.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff R. Ceasar's Motion for Leave to Proceed *In Forma Pauperis* (Record Document 2) be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff R. Ceasar pay fees and costs owed in the prior suit (6:04-cv-00391) totaling $14,498.62 as well as the filing fees of $400.00 in this case within thirty (30) days from the date of this order. **FAILURE TO PAY THE FEES AND COSTS IN THE PRIOR SUIT (6:04-cv-00391) AND THE FILING FEES IN THIS CASE WILL RESULT IN THE COMPLAINT BEING STRICKEN FROM THE RECORD AND THIS CASE CLOSED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 4th day of June, 2018.

_____

**S. MAURICE HICKS, JR., CHIEF JUDGE**
**UNITED STATES DISTRICT JUDGE**