**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**R. CEASAR**                                      **CIVIL ACTION NO 18-cv-711**

**VERSUS**                                         **JUDGE S. MAURICE HICKS, JR.**

**SOCIAL SECURITY ADMINISTRATION, ET AL.**    **MAGISTRATE JUDGE HORNSBY**

## ORDER

On May 25, 2018, this Court ordered Plaintiff R. Ceasar to pay filing fees of $400.00 in this case and fees and costs in a prior case (6:04-cv-0391) within 30 days from the date of the Order or have his pleadings stricken from the record. (See Record Document 3.) Plaintiff has since failed to pay the filing fees and costs as ordered by this Court.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's Complaint (Record Document 1) be **STRICKEN FROM THE RECORD** and this case **CLOSED.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 16th day of July, 2018.

.

S. MAURICE HICKS, JR. CHIEF JUDGE
**UNITED STATES DISTRICT COURT**